BENBOW v. BENBOW

No. 239P89

Case below: 93 N.C. App. 791

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.

BROWN v. BURLINGTON INDUSTRIES, INC.

No. 206PA89

Case below: 93 N.C. App. 431

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 6 September 1989.

CALDWELL v. CALDWELL

No. 248P89

Case below: 93 N.C. App. 740

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.

CRAVER v. NAKAGAMA

No. 286P89

Case below: 94 N.C. App. 158

Petition by defendant (Betty L. Burton) for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.

FEDERAL LAND BANK v. LACKEY

No. 328PA89

Case below: 94 N.C. App. 553

Petition by plaintiff for writ of supersedeas and temporary stay allowed 14 August 1989. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 14 August 1989. Motion by defendants to dismiss appeal for lack of substantial constitutional question denied 18 August 1989.